IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Residence of Mark Kilgore, 418 Vanderwood Road, Libby, MT 59923 | MJ 20-22-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 7th day of July, 2020.

*Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge

1