AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☒ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Montana

JUL 0 6 2020

Clerk, U.S. Courts
District of Montana
Helena Division

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. MJ-20-22-M-KLD
Residence of Mark KILGORE )
418 Vanderwood Road, Libby, MT 59923 )
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Montana _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, for description of the item to be searched, which is incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for a list of items to be searched for and seized, which is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   July 16, 2020   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Kathleen L. DeSoto, U.S. Magistrate Judge  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   July 2, 2020 11:30AM      /s/  Kathleen L. DeSoto
                                                         *Judge's signature*

City and state:   Missoula, Montana                Hon. Kathleen L. DeSoto, U.S. Magistrate Judge
                                                         *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.:<br>MJ-20-22-M-KLD | Date and time warrant executed:<br>July 2, 2020 | Copy of warrant and inventory left with:<br>@ residence |
|---|---|---|

Inventory made in the presence of: SA Young

Inventory of the property taken and name(s) of any person(s) seized:

See Attachment 15 pages

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: July 2, 2020

Executing officer's signature

Ryan Young, SA.
Printed name and title

# ATF Evidence Log

Case #: 788076-20-0037

Date/Time: July 2, 2020
Address: 418 Vanderwood Rd Libby, MT 59923
Location/Name: Mark Kilgore residence
Other: trailer / single

Team Leader:
Photographer: Springer
Schematic Artist:
Other:

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 1 ✓ | | | 1 x 5.56 mm Colt | | | living rm / ARt Rm | Howe |
| 2 ✓ | | | Shotgun | Mossberg Maverick 88   12g | MV34295R | Master Bedroom | Howe |
| 3 ✓ | | | 5 rds misc 12 GA / loaded in Exh #2 | | | Master Bed | Howe |
| 4 ✓ | | | B/K .38 S+W SPL+P | S+W Rev / 442 / 078 | DJD2080 | mas Bed | Howe |
| 5 ✓ | | | 5  38 spL Rds from #4 | | | mas Bed | Howe |
| 6 ✓ | | | Pistol  SR1911  .45 Auto | Ruger | 671-70426 | Mas Bed | Howe |
| 7 ✓ | | | .45 Auto Ammo  9 Rds | w/ #6 | | MAS Bed | Howe |
| 8 ✓ | | | Ruger .45 Auto Mag | | | MAS Bed | Howe |
| 9 ✓ | | | 1 Rd  12GA Belot Sellor | | | MAS Bed | Springer |
| 10 ✓ | | | 10 rds in Commercial Box  38 SPL + P  12595 | Elite Performance | | M Bed | Howe |
| 11 ✓ | | | UTAH CCL C309745 | | | M Bed | Howe |

Evidence Tech: Young    Signature: [signed]    Page: 1 of 15

# ATF Evidence Log

Case #: 788076-20-0037

Date/Time: 7/2/20

Address: 418 Venderwood Rd Libby, MT

Location/Name: Mark Kilgore Residence

Other:

Team Leader:

Photographer: Sprenger

Schematic Artist:

Other: Evid Young

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 12 | | | Seller & Bellot 12ga 19 Rds | | | M Bed | Howe |
| 13 | | | Passwords / Address | | | Kitchen | Nate |
| 14 | | | SSN Folder / DD214's | | | Kitchen | Howe |
| 15 | | | Firearm Components | | | Living | Wozniak |
| 16 | | | 7.62 x 39 w/ MAG | Century Arm AmD-65 | AmD 6500108 | Kitchen | Sprenger |
| 17 | | | 7.62 x 39 Bolt w/ vortex scope | CZ 527M CARBINE | B115695 | | Sprenger |
| 18 | | | Ammo Wolf 4 Rds w/Exh 16 w/MAG | | | | Sprenger |
| 19 | | | 8 RDS 7.62 x 39 w/ 16 Exh | | | Kitchen | Sprenger |
| 20 | | | TAPCO MAG 7.62 x 39 w/ Exh 16 | | | Kitchen | Sprenger |
| 21 | | | CZ MAG 7.62 x 39 / 1 steel mag 2 total | | | Kitchen | Sprenger |
| 22 | | | 3 RDS from Exh 21 | | | Kitchen | Sprenger |

Evidence Tech: Young

Signature:

Page: 2 of 15

# ATF Evidence Log

Case #: 788076-20-0037

Date/Time: 7/2/20
Address: 418 Vanderwood Rd, Libby, MT
Location/Name: MARK Kilgore
Other:

Team Leader:
Photographer: Sprenger
Schematic Artist:
Other: Evid Young

## Property Seized

| Item # | NForce # | Photo # | Description | Finder |
|---|---|---|---|---|
| 23 | | | ASSORTED AMMO | Sprenger |
| | | | Make/Model: — Serial/Unique #: — Location Found: Kitchen | |
| 24 | | | Shotgun 12 GA | Howe |
| | | | Make/Model: SING AN / HL12-100 — Serial: 9606315 — Location Found: Kitchen | |
| 25 | | | MAIL Flathead Electric | Howe |
| | | | Make/Model: — Serial: — Location Found: Kitchen | |
| 26 | | | Silencer Nexus 45 | Wozniak |
| | | | Make/Model: AWC Systems tech — Serial: 971172 — Location Found: Armory | |
| 27 | | | Pistol 45 ACP | Wozniak |
| | | | Make/Model: H&K USP 45 Auto — Serial: 25-622267 — Location Found: Armory | |
| 28 | | | 3 MAGS .45 cal w/ 27 exh | Wozniak |
| | | | Make/Model: — Serial: — Location Found: Armory | |
| 29 | | | H&K case w/ Exh 27 | Wozniak |
| | | | Make/Model: — Serial: — Location Found: Armory | |
| 30 | | | Rifle w/ case | Howe |
| | | | Make/Model: RUGER 22 charger — Serial: 490-86956 — Location Found: Armory | |
| 31 | | | Silencer unmarked / in Exh #30 case | Howe |
| | | | Make/Model: — Serial: — Location Found: Armory | |
| 32 | | | 22 LR w/ Box w/ silencer / w/ mag 2 | Howe |
| | | | Make/Model: RUGER 22 Charger — Serial: 490-84466 — Location Found: Armory | |
| 32 | | | Silencer UNMARKED w/ exh 32 | Howe |
| | | | Make/Model: — Serial: — Location Found: Armory | |

Evidence Tech: Young     Signature: RYoung     Page: 3 of 15

# ATF Evidence Log

**Case #:** 788076-20-0037

**Date/Time:** 7/2/20
**Address:** 418 VANDERWOOD Rd Libby, MT
**Location/Name:** MARK KILGORE
**Other:**

**Team Leader:**
**Photographer:** Spleye
**Schematic Artist:**
**Other:** Evid Young

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 33 | | | Raider 5.56mm Silencer | AWC Systems Technology | 970 471 | Armory | Howe |
| 34 | | | Raider 5.56mm Silencer | AWC Systems Technology | 970 472 | Armory | Howe |
| 35 | | | Thunder Trap .30 Silencer | AWC Systems tech | 970 511 | Armory | Howe |
| 36 | | | UNMARKED Silencers 19 ea. in wh. He Bucket, Misc calibers | | — | Armory | W Howe |
| 37 | | | Rifle 22LR w/case | Ruger .22 charger | 490 11771 | Armory | Spleye |
| 38 | | | 22LR w/MAG | RUGER 10-22 | 248-40410 | Armory | Howe |
| 39 | | | shotGun 12GA w/BOX | Super 90 Benelli | M380211 | Armory | Wornick |
| 40 | | | Rifle 5.56 w/MAG | RUGER / RANCH | 582 85937 | Armory | Wornick |
| 41 | | | multi 223/5.56 (possible MG) | BUSHMASTER | LBM 25687 | ARmory | Wornick |
| 42 | | | 7.62 x39 | IT Arms / MK 99 | 19855 P07704 | Armory | H |
| 43 | | | Silencer on trickedty Pistol 22LR w/Light ? CASE | S&W / Walther P22 | L486737 | Armory | Howe |

**Evidence Tech:** Young   **Signature:** ____   **Page:** 4 of 15

# ATF Evidence Log

Case #: 788076-20-0037
Date/Time: 7/2/20
Address:
Location/Name:
Other:
Team Leader: [signature]
Photographer:
Schematic Artist:
Other: Evid Young

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 44 | | | Unmarked Silencer w/ Exh 43 | | Armory | Howe |
| Make/Model: | | | | | | |
| 45 | | | P22 MAG w/ Exh 43 | | Armory | Howe |
| Make/Model: | | | | | | |
| 46 | | | 22LR w/ mag & case | | Armory | Howe |
| Make/Model: RUGER 22/45 Lite | | | | 390-3471 | | |
| 47 | | | Unmarked Silencer w/ exh 46 | | Ar" | Howe |
| Make/Model: | | | | | | |
| 48 | | | 22LR Pistol 4 mags/ w silencer/case | | Armory | Howe |
| Make/Model: RUGER 22/45 Lite | | | | 390-34134 | | |
| 49 | | | Unmarked Silencer w/ exh 48 | | " | Howe |
| Make/Model: | | | | | | |
| 50 | | | Pistol 22LR w/light/case/mags/ silencer | | " | Howe |
| Make/Model: S&W Walther P22 | | | | 209 7715 | | |
| 51 | | | Unmarked Silencer w/ exh 50 | | " | Howe |
| Make/Model: | | | | | | |
| 52 | | | R Pistol Banshee .45ACP / Vortex Spark (Dot) | | Armory | Howe |
| Make/Model: CMMG Inc mK6-45 | | | | GFV01265 | | |
| 53 | | | Rifle 7.62×39 w/ Case | | Armory | Howe |
| Make/Model: FEG | | | | EF8463H | | |
| 54 | | | Rifle Firearm 7.62×39 | | " | H |
| Make/Model: FEG | | | | DX1753H | | |

Evidence Tech: Young    Signature: [signature]    Page: 5 of 15

# ATF Evidence Log

Case #: 788076-20-0037
Date/Time: 7/2/20
Address: Libby, MT
Location/Name:
Other:
Team Leader:
Photographer: Springer
Schematic Artist:
Other:

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 55 | | | Rifle .308 WIN w/case/mag | D6233552 | Armory | Howe |
| | | | Make/Model: REM 700 | | | |
| 56 | | | Romania 7.62x39 RPK variant w/cent mag | ASB-00348-1980 | Armory | Howe |
| | | | Make/Model: AES 10B  Importer RCAI St George | | | |
| 57 | | | 223/5.56 w/2 MAGS (possible MG) | obliterated | Armory | Springer |
| | | | Make/Model: BFI/Bushmaster XM15-e2s | | | |
| 58 | | | Silencer unmarked w/ex#57 | — | Armory | |
| | | | Make/Model: | | | |
| 59 | | | AR upper receiver unmarked | — | Armory | Howe |
| | | | Make/Model: | | | |
| 60 | | | Shotgun 12GA | RS08049Q | Armory | Springer |
| | | | Make/Model: Remington 870 | | | |
| 61 | | | 22LR Pistol w/2mags ; box | LK025633 | Armory | Springer |
| | | | Make/Model: Walther Colt Gov | | | |
| 62 | | | 22.LR Pistol w/mag | AY08501 | Armory | Springer |
| | | | Make/Model: GSG 1911 | | | |
| 63 | | | Rifle CAL unk w/case NO MAG | 189367 | Armory | Springer |
| | | | Make/Model: Springfield Armory M1A | | | |
| 64 | | | Rifle 7.62x39 w/mag/case | KT570511 | Armory | Springer |
| | | | Make/Model: AK variant/Arsenal Inc   Bulgaria SLR107CR | | | |
| 65 | | | Rifle 7.62x39 w/mag | KT570878 | Armory | Springer |
| | | | Make/Model: SLR107CR Bulgaria  Arsenal Import | | | |

Evidence Tech: Young   Signature: [signature]   Page: 6 of 15

# ATF Evidence Log

**Case #:** 789076-20-0037
**Date/Time:** 7/2/20
**Address:** 418 Vanderground RD
**Location/Name:**
**Other:**
**Team Leader:**
**Photographer:** Sprenger
**Schematic Artist:**
**Other:**

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 66 | | | Bolt Action .308 WIN w/CASE | Ruger MRK 77 Hawkeye | 711-27881 | Armory | Sprenger |
| 67 | | | Rifle 223/5.56 w/CASE/Light | Bushmaster XM-15E2S | ARA 012179 | Armory | Sprenger |
| 68 | | | Rifle .308 w/CASE | PTR Industries | Not Found | | |
| 69 | | | Rifle 223 5.56 /2 MAGS/cpa Full Auto w/ 40mm Attachment | BUSHMASTER XM15-E2S | Obliterated | | Sprenger |
| 70 | | | 40mm launcher w/exh 69 NFA | 203 launcher | NONE/obliterated | Armory | Sprenger |
| 71 | | | Rifle .308 w/case | Bushmaster BR308 | BR007196 | Armory | Sprenger |
| 72 | | | Shotgun 12GA | Keltec KSG | XLM41 | " | Sprenger |
| 73 | | | Shotgun 12GA | KELTEC KSG | X3373 | " | " |
| 74 | | | Rifle 7.62 x 39 w/case | AK variant Palmetto State Armory PSAK 47 | AKB017457 | Armory | Sprenger |
| 75 | | | Rifle 7.62 x 39 | AK variant Palmetto State Armory | AKB011367 | " | |
| 76 | | | Pistol Cal Unknown w/vortex scope | CMMG Banshee | FHR 01339 | | Sprenger |

**Evidence Tech:** YOUNG   **Signature:** [signature]   **Page:** 7 of 15

# ATF Evidence Log

Case #: 788075-20-0037
Date/Time: 7/2/20
Address: 418 Vanderwood RD
Location/Name: M. Kilgore
Other:

Team Leader:
Photographer: Springer
Schematic Artist:
Other:

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 77 | | | Pistol  cal unk  w/vortex scope  w/case | | | Springer |
| | | | Make/Model: CMMG Banshee | BHR 08167 | Armory | |
| 78 | | | Rifle  308  w/case | | | Springer |
| | | | Make/Model: DPMS Panther LR308 | FFK 018939 | Armory | |
| 79 | | | Rifle  223/5.56  w/case | | | " " |
| | | | Make/Model: DPMS Panther Arms A15 | F123354K | " " | |
| 80 | | | Rifle  223/556 | | | " " |
| | | | Make/Model: DPMS Panther Arms A15 | F123405K | | " " |
| 81 | | | Rifle  .50 cal  w 2 mags ; case | | | " " |
| | | | Make/Model: Barrett 95SP | 1210 | | " " |
| 82 | | | Rifle  223/556  2 mags  w case (possible MG) | | | " " |
| | | | Make/Model: BUSHMASTER XM15-E2S | Obliterated / None | | " " |
| 83 | | | Silencer  unmarked  w/EXH 82 | | | " " |
| | | | Make/Model: — | — | | " " |
| 84 | | | Shotgun  12GA | | | " " |
| | | | Make/Model: Rem 870 | RS62726N | " " | |
| 85 | | | AR  upper  Reciever | | | " " |
| | | | Make/Model: — | — | | " " |
| 86 | | | Rifle  Bolt  .308  HighLux , 1 mag/w case | | | " " |
| | | | Make/Model: RUGER Gun sight Scout | 688-20782 | | " " |
| 87 | | | Rifle  5.56 | | | " " |
| | | | Make/Model: STAG ARMS STAG 15 | 279690 | | " " |

Evidence Tech: Young    Signature: [signed]    Page: 8 of 15

# ATF Evidence Log

**Case #:** 788076 20-0037
**Date/Time:** 7/2/20
**Address:** 418 Vanderwood RD
**Location/Name:** Kilgore
**Other:**
**Team Leader:**
**Photographer:** Sprenger
**Schematic Artist:**
**Other:**

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 88 | | | Rifle   Multi   w/ case | DPMS Panther Arms   LR-G II | EH 016012 | Armory | Sprenger |
| 89 | | | Lower .308 | DPMS Panther   LR308 | FFK 036519 | | '' |
| 90 | | | Lower Reciver 223/556 | DPMS   A15 | FH 142248 | | '' |
| 91 | | | Lower Reciever  multi | Palmetto   PA15 | SCD007566 | | '' |
| 92 | | | Lower Rec multi | Palmetto   PA15 | SCD007571 | | '' |
| 93 | | | Lower Rec 556 | RUGER   SR556 | SN 590-52679 | | '' |
| 94 | | | Lower Rec multi | Aero Prec.   m5 | US24741 | | '' |
| 95 | | | Lower Reciever .308 | DPMS Panther Arms   LR 308 | FFK 044186 | | '' |
| 96 | | | Lower Reciever 5.56 | Palmetto   state property of Armory USGOI   M16A2 | 862951 | | '' |
| 97 | | | Lower Reciever 5.56 | Palmetto   M16A2 | 802950 | | '' |
| 98 | | | Lower Reciever multi | Anderson Manufacturing   AM15 | 18305618 | | '' |

**Evidence Tech:** Youns   **Signature:** [signature]   **Page:** 9 of 15

# ATF Evidence Log

**Case #:** 788076-20-6037
**Date/Time:** 7/2/20
**Address:** 418 Vanderwood RD
**Location/Name:** M. Kilgore
**Other:**
**Team Leader:**
**Photographer:** Sprenger
**Schematic Artist:**
**Other:**

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 99 | | | Lower Reciver multi cal | Anderson manfactuie AM15 | 18805617 | Armory | Sprenger |
| 100 | | | Launcher Tube only "Rifled" | | 8448315 / 8448378 | ~ ( | ( ( |
| 101 | | | Pistol 45 Auto u/case u mgss | Colt Comander | CJ47277 | | ( ( |
| 102 | | | Pistol .45CAL | Sig Sauer 1911 | 54B084745 | | ( ( |
| 103 | | | Pistol 45 Auto 2 mags/case | PARA 1911 | K049526 | M | ( ( |
| 104 | | | Pistol 45 cal u/case | PARA Ordance P14-45 l.rited | TJ7438 | ( ( | ( ( |
| 105 | | | Pistol .45 u case 5 mAGS | CoLT Gold CUP Trophy | 6CT25626 | ( ( | ( ( |
| 106 | | | Pistol 45ACP u case | Rock Island 1911 | RIA1508858 | ( ( | ( ( |
| 107 | | | Rifle 22LR u case | Ruger 10/22 | 0003-18595 | ( ( | ( ( |
| 108 | | | Rifle .308 u case | DTR Industries | 994 | ( ( | ( ( |
| 109 | | | Rifle 6.5 Creedmoor 1 mag u case | Bergara B-14 | 61-06-216082-16 | ( ( | ( ( |

**Evidence Tech:** Young   **Signature:** Yua y   **Page:** 10 of 15

# ATF Evidence Log

Case #: 788076-20-0037

Date/Time: 7/2/20
Address: 418 Vanderwood RD
Location/Name: M. Kilgore
Other:

Team Leader:
Photographer: Sprenger
Schematic Artist:
Other:

## Property Seized

| Item # | NForce # | Photo # | Description | Finder |
|---|---|---|---|---|
| 110 | ✓ | | Pistol  .380 Auto  2 mag case | Sprenger |
| Make/Model: Sig Sauer P238 | | | Serial/Unique #: 27B240727 | Location Found: Armory |
| 111 | ✓ | | Pistol  .380 Auto  1 mag case | " |
| Make/Model: Sig Sauer P238 | | | Serial/Unique #: 27B300790 | Location Found: " |
| 112 | ✓ | | Rifle  Bolt  22WR  case | " |
| Make/Model: B Savage 93 | | | Serial/Unique #: 2651557 | Location Found: " |
| 113 | ✓ | | Pistol  .357  w/case  1 mag | " |
| Make/Model: Glock 31C | | | Serial/Unique #: DPM108 | Location Found: " |
| 114 | ✓ | | Pistol  9mm  MAG/case | " |
| Make/Model: Springfield Armory 1911A1 | | | Serial/Unique #: 378748 | Location Found: " |
| 115 | ✓ | | Rifle  308 | " |
| Make/Model: PTR .91 INC  PTR-91 | | | Serial/Unique #: UNK | Location Found: " |
| 116 | ✓ | | Shotgun  12 GA | " |
| Make/Model: Mossberg 590 | | | Serial/Unique #: P846191 | Location Found: " |
| 117 | ✓ | | Firearm  Full Auto Components | " |
| Make/Model: — | | | Serial/Unique #: — | Location Found: " |
| 118 | ✓ | | Silencer Component Parts | " |
| Make/Model: — | | | Serial/Unique #: — | Location Found: " |
| 175 | ✓ | | NFA Paperwork | Sprenger |
| Make/Model: — | | | Serial/Unique #: — | Location Found: Armory |
| 176 | | | Photos from Shed | Wozniak |
| Make/Model: — | | | Serial/Unique #: — | Location Found: outbuilding |

Evidence Tech: Young          Signature: [signature]          Page: 11 of 15

# ATF Evidence Log

Case #: 788076-20-0037
Date/Time: 7/2/20
Address: 418 Vanderwood Rd
Location/Name: Mark Kilgore
Other:

Team Leader:
Photographer: Sprenger
Schematic Artist:
Other:

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 119 | | | (1) tub containing AR parts kits | | | Gun Room/Armory | Nate Scofield |
| 120 | | | (9) upper receivers for AR style rifles contained in green duffle bag | | | Gun Room/Armory | Mike Sprenger |
| 121 | | | Pistol .380 caliber/attached (3) magazines in box | Ruger LCP | 371002052 | Gun Room/Armory | Nate Scofield |
| 122 | | | Pistol .45 caliber/attached (3) magazines in box | Rock Island Armory, M1911-A1CS | RIA1559964 | Armory | Nate Scofield |
| 123 | | | Pistol .45 caliber/attached (3) magazines in box | Remington, 1911 R1 | RHN19246A | Armory | Nate Scofield |
| 124 | | | Rifle .308 caliber/attached bipod | PTR Industries, 91 model | (3) spray painted on handguard | Armory | Nate Scofield |
| 125 | | | Rifle .308 caliber | Aero Precision, M5 | US04802 | Armory | Nate Scofield |
| 126 | | | Pistol .357 caliber | Smith and Wesson, 19-3 | 4K29972 | Armory | Nate Scofield |
| 127 | | | Pistol .45 caliber with (1) attached magazine | Remington, 1911 R1 | RHN68726A | Armory | Nate Scofield |
| 128 | | | Pistol .45 caliber with (2) magazines | Smith and Wesson, SW1911SC | UCW1900 | Armory | Nate Scofield |
| 129 | | | Pistol, 9mm caliber with (5) magazines | Browning, model 83 | 9426 | Armory | Nate Scofield |

Evidence Tech: Michael Sprenger    Signature: [signed]    Page: 12 of 15

# ATF Evidence Log

Case #: 788076-20-0037

Date/Time: 7/2/20

Address: 418 Vanderwood Rd.

Location/Name: Mark Kilgore

Other:

Team Leader:

Photographer: Springer

Schematic Artist:

Other:

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 130 | | | Pistol, .22 LR with (2) magazines | 500158234 | Armory | Nate Scofield |
| | | | Make/Model: Ruger, Mark IV | | | |
| 131 | | | Pistol, .45 caliber with (5) magazines | 2845534 | Armory | Nate Scofield |
| | | | Make/Model: Colt, Government model | | | |
| 132 | | | Pistol, 7.62 Tokarev with (1) magazine | E176272 | Armory | Nate Scofield |
| | | | Make/Model: Tokarev, M57 | | | |
| 133 | | | Pistol, .45 long Colt caliber | 51107813 | Armory | Nate Scofield |
| | | | Make/Model: Ruger, new Vaquero | | | |
| 134 | | | Pistol, .45 long Colt caliber | 51107158 | Armory | Nate Scofield |
| | | | Make/Model: Ruger, new Vaquero | | | |
| 135 | | | Rifle, .308 caliber | 66707965 | Armory | Nate Scofield |
| | | | Make/Model: Remington, 700 Model | | | |
| 136 | | | Shotgun, 12 gauge | L679753 | Armory | Nate Scofield |
| | | | Make/Model: Mossberg, 590 model | | | |
| 137 | | | Pistol, .300 blackout | 20S051273 | Armory | Nate Scofield |
| | | | Make/Model: Sig Sauer, Sig M400 | | | |
| 138 | | | Shotgun, 12 gauge caliber | B694943M | Armory | Nate Scofield |
| | | | Make/Model: Remington, 870 | | | |
| 139 | | | Firearm accessories | | Armory | Nate Scofield |
| | | | Make/Model: | | | |
| | | | | | | |

Evidence Tech: SA Michael Springer     Signature: [signature]     Page: 13 of 16 / 15

# EVIDENCE LOG

DATE: July 2, 2020
LOCATION: Shed B

78076-20-0037

| ITEM | DESCRIPTION | LOCATION | AGENT |
|---|---|---|---|
| 140 | 34 Cases 5.56mm Ammunition | Shed B | 5988 |
| 141 | 1 Ammo Can labeled AS 5.56 Tracer | Shed B | 5988 |
| 142 | Loose 85.56 in Large Ammo Can | Shed B | 5988 |
| 143 | 7.62x51m, 40 Cases Ammunition | Shed B | 5988 |
| 144 | 556 Packaged | Shed B | 5988 |
| 145 | 5.56 Loose in Ammo Can | Shed B | 5988 |
| 146 | Parachute Flares + Pepper Rounds | Shed B | 5988 |
| 147 | Signal Flares | Shed B | 5988 |
| 148 | Thermite, JBuild, Grenade Bodies (4), Thermite Ignition mixture | Shed B | 5988 |
| 149 | 7.62x39 Loose | Shed B | 5988 |
| 150 | 13 Cases of 7.62x39 Packaged | Shed B | 5988 |
| 151 | 21 Cases .45 ACP Packaged Cases | Shed B | 5988 |
| 152 | .45 ACP Loose | Shed B | 5988 |
| 153 | 19 Cases 00 Buck Shot | Shed B | 5988 |
| 154 | Paint Can Loose 12g | Shed B | 5988 |
| 155 | 20 Cases .50 BMG FMJ | Shed B | 5988 |
| 156 | 2 Cans Match Grade .50 BMG | Shed B | 5988 |
| 157 | 1 Can Black Tipped .50 BMG Ammo | Shed B | 5988 |
| 158 | 2 Cans Blue Tipped 50 BMG | Shed B | 5988 |

Page 14   SA A. Coznok   07/02/2020

# EVIDENCE LOG

DATE: 07/02/2020

LOCATION: Shed B

| ITEM | DESCRIPTION | LOCATION | AGENT |
|---|---|---|---|
| 159 | 1 Can of Gray ~~Dark Red~~ rolled 50 BMG | Shed B | 5988 |
| 160 | 4 Cans of .22LR | Shed B | 5988 |
| 161 | 1 Can of Loose .22LR | Shed B | 5988 |
| 162 | 2 Cans of 7.62x25 Ammo | Shed B | 5988 |
| 163 | 2 Cans of .357 sig Ammo Packaged | Shed B | 5988 |
| 164 | 1 Can .380 Ammo | Shed B | 5988 |
| 165 | 2 Cans .357 Ammo | Shed B | 5988 |
| 166 | 1 Can .45 Colt | Shed B | 5988 |
| 167 | 1 Can, unknown 7.62mm Ammo | Shed B | 5988 |
| 168 | 1 Can U/4 smoke Grenades | Shed B | 5988 |
| 169 | 1 Can Random Ammo | Shed B | 5988 |
| 170 | .223 Ammo Random Can | Shed B | 5988 |
| 171 | Century Arms, model AMD-65, 7.62x39A1 Serial AMD6500551 | Shed A | 5988 |
| 172 | 4 Grenade spoons w/Pin + Parts | Shed B | 5988 |
| 173 | 3 AK Style mags | Shed A | 5988 |
| 174 | Ammo from mags & sks | Shed A | 5988 |

Page 15   SA Mark Ludwig